B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Yari Film Group Releasing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1398319** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10850 Wilshire Boulevard, Sixth Floor**<br>**Los Angeles, CA**<br>ZIP Code **90024** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) | | Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Yari Film Group Releasing, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Yari Film Group, LLC** | Case Number:<br>**2:08-bk-20830** | Date Filed:<br>**7/18/08** |
|---|---|---|
| District:<br>**Central** | Relationship:<br>**Affiliate** | Judge:<br>**Russell** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Yari Film Group Releasing, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

**David B. Golubchik 185520**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Rankin & Brill L.L.P.**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

_____
Address

**(310) 229-1234  Fax: (310) 229-1244**
Telephone Number

**December 19, 2008        185520**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Dennis Brown**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**December 19, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## CERTIFICATE OF RESOLUTION OF YARI FILM GROUP RELEASING, LLC AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Pursuant to Unanimous Consent of the Members of Yari Film Group Releasing, LLC (the "Company"), the following resolutions were duly enacted and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California, on December 19, 2008 or the first date possible thereafter.

FURTHER RESOLVED, that Dennis Brown ("Brown") is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case on December 19, 2008 or the first date possible thereafter.

FURTHER RESOLVED, that Brown is hereby authorized and directed on behalf of and in the name of the Company to execute and file all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Marshall deems necessary and proper in connection with such bankruptcy case and to retain and employ legal counsel and any other professional which Brown deems necessary and proper.

FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Rankin & Brill L.L.P. ("LNBRB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

FURTHER RESOLVED, that Brown is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBRB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  December 19, 2008

YARI FILM GROUP RELEASING, LLC

By: _____

Bob Yari Productions, a
California corporation
    By: William J. Immerman
    Senior Executive Vice
    President

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**Levene, Neale, Bender, Rankin & Brill L.L.P.**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>**185520**<br><br>☐ *Attorney for:* Debtor and Debtor in Possession | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>**Yari Film Group Releasing, LLC**<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: _____

☒ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____

☐ Other: _____      Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

    I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**/s/ Dennis Brown**                   **December 18, 2008**
*Signature of Authorized Signatory of Filing Party*        Date

**Dennis Brown**
*Printed Name of Authorized Signatory of Filing Party*

**Chief Financial Officer**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

    I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

**/s/ David B. Golubchik**              **December 18, 2008**
*Signature of Attorney for Filing Party*        Date

**David B. Golubchik 185520**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

Software Copyright (c) 1996-2008 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    **Yari Film Group Releasing, LLC**        ,     Case No. _____

                                  Debtor       Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bob Yari Productions**<br>**10850 Wilshire Boulevard**<br>**Sixth Floor**<br>**Los Angeles, CA 90024** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 19, 2008**                    Signature _____

                                             **Dennis Brown**
                                               **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **In re Yari Film Group, LLC, Case No. 2:08-bk-20830**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles** , California.

Dated  **December 19, 2008**

**Dennis Brown**
*Debtor*


*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*

**F 1015-2.1**

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **185520**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Yari Film Group Releasing, LLC** | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   **11** |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

### Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David B. Golubchik 185520**_____ , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ■ I am the attorney for the debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    See Addendum

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
Signature of Attorney or Declarant

**December 19, 2008**
Date

**David B. Golubchik 185520**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re | CHAPTER __11__ |
| Yari Film Group Releasing, LLC | |
| | CASE NUMBER |
| Debtor. | |

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Bob Yari Productions**
**10850 Wilshire Boulevard**
**Sixth Floor**
**Los Angeles, CA 90024**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Yari Film Group Releasing, LLC**

Debtor(s)

Case No. _____

Chapter    **11**    _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Palisades Media Group, Inc.**<br>**1620 26th St., Suite 2050 N**<br>**Santa Monica, CA 90404** | **Palisades Media Group, Inc.**<br>**1620 26th St., Suite 2050 N**<br>**Santa Monica, CA 90404** | **Trade** | | **13,978,203.64** |
| **Deluxe Labs**<br>**File 56479**<br>**Los Angeles, CA 90074-6479** | **Deluxe Labs**<br>**File 56479**<br>**Los Angeles, CA 90074-6479** | **Trade** | | **2,058,505.50** |
| **Posterscope USA**<br>**Wachovia Bank/Posterscope**<br>**Lockbox 18795 (P.O. Box 18795)**<br>**Newark, NJ 07191-8795** | **Posterscope USA**<br>**Wachovia Bank/Posterscope**<br>**Lockbox 18795 (P.O. Box 18795)**<br>**Newark, NJ 07191-8795** | **Trade** | | **1,507,615.68** |
| **The Cimarron Group**<br>**FBO YFG/The Cimarron Group**<br>**Case# BC388447** | **The Cimarron Group**<br>**FBO YFG/The Cimarron Group**<br>**Case# BC388447** | **Trade** | | **867,775.70** |
| **Allied Advertising Limited Partnership**<br>**Allied Advertising, 11th Floor**<br>**545 Boylston Street**<br>**Boston, MA 02116** | **Allied Advertising Limited Partnership**<br>**Allied Advertising, 11th Floor**<br>**545 Boylston Street**<br>**Boston, MA 02116** | **Trade** | | **504,425.80** |
| **Access Integrated Technologies, Inc.**<br>**P.O. Box 26606**<br>**New York, NY 10087-6606** | **Access Integrated Technologies, Inc.**<br>**P.O. Box 26606**<br>**New York, NY 10087-6606** | **Trade** | | **238,300.00** |
| **OTX Corporation**<br>**10567 Jefferson Blvd.**<br>**Culver City, CA 90232** | **OTX Corporation**<br>**10567 Jefferson Blvd.**<br>**Culver City, CA 90232** | **Trade** | | **233,333.34** |
| **Alloy Access**<br>**14878 Collections Center Drive**<br>**Chicago, IL 60693** | **Alloy Access**<br>**14878 Collections Center Drive**<br>**Chicago, IL 60693** | **Trade** | | **140,304.09** |
| **Regal Entertainment Group, LLC**<br>**7132 Regal Lane**<br>**Knoxville, TN 37918** | **Regal Entertainment Group, LLC**<br>**7132 Regal Lane**<br>**Knoxville, TN 37918** | **Trade** | | **133,450.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   __Yari Film Group Releasing, LLC__                                        Case No.  _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| The Power Summit<br>Attn: Lylette Pizarro, RPM<br>33 W. 19th Street, '4th Floor<br>New York, NY 10011 | The Power Summit<br>Attn: Lylette Pizarro, RPM<br>33 W. 19th Street, '4th Floor<br>New York, NY 10011 | Trade | | 112,500.00 |
| Open Road Entertainment<br>9570 West Pico Blvd., Ste 200<br>Los Angeles, CA 90035 | Open Road Entertainment<br>9570 West Pico Blvd., Ste 200<br>Los Angeles, CA 90035 | Trade | | 111,651.74 |
| NCC - National Cable<br>Communications, LLC<br>400 Broadacres Drive<br>3rd Floor<br>Bloomfield, NJ 07003 | NCC - National Cable<br>Communications, LLC<br>400 Broadacres Drive<br>3rd Floor<br>Bloomfield, NJ 07003 | Trade | | 100,315.30 |
| Eclipse Advertising Inc<br>2225 North Ontario St.<br>Suite 230<br>Burbank, CA 91504 | Eclipse Advertising Inc<br>2225 North Ontario St.<br>Suite 230<br>Burbank, CA 91504 | Trade | | 99,261.88 |
| American Multi-Cinema, Inc.<br>13731 Collections Center<br>Drive<br>Chicago, IL 60693 | American Multi-Cinema, Inc.<br>13731 Collections Center Drive<br>Chicago, IL 60693 | Trade | | 92,739.50 |
| DHL Express<br>PO Box 4723<br>Houston, TX 77210-4723 | DHL Express<br>PO Box 4723<br>Houston, TX 77210-4723 | Trade | | 70,532.64 |
| Carmike Cinemas<br>P.O. Box 391<br>Columbus, GA 31904 | Carmike Cinemas<br>P.O. Box 391<br>Columbus, GA 31904 | Trade | | 67,200.00 |
| Crew Creative Advertising<br>1157 N. Highland Ave<br>Los Angeles, CA 90038 | Crew Creative Advertising<br>1157 N. Highland Ave<br>Los Angeles, CA 90038 | Trade | | 64,750.00 |
| Hammer Filmworks Inc.<br>6311 Romaine St. suite #7316<br>Hollywood, CA 90038-2617 | Hammer Filmworks Inc.<br>6311 Romaine St. suite #7316<br>Hollywood, CA 90038-2617 | Trade | | 59,224.01 |
| Pacific Title and Art Studio<br>6350 Santa Monica Boulevard<br>Hollywood, CA 90038 | Pacific Title and Art Studio<br>6350 Santa Monica Boulevard<br>Hollywood, CA 90038 | Trade | | 58,685.90 |
| In Sync Advertising, Inc.<br>6135 Wilshire Bl<br>Los Angeles, CA 90048 | In Sync Advertising, Inc.<br>6135 Wilshire Bl<br>Los Angeles, CA 90048 | Trade | | 58,680.03 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Yari Film Group Releasing, LLC**                              Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 19, 2008**              Signature  _____

**Dennis Brown**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **David B. Golubchik 185520**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone    **(310) 229-1234 Fax: (310) 229-1244**

■ Attorney for Debtor(s)
□ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>Yari Film Group Releasing, LLC | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __24__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **December 19, 2008**

**Dennis Brown/Chief Financial Officer**
Signer/Title

Date:    **December 19, 2008**

Signature of Attorney
**David B. Golubchik 185520**
**Levene, Neale, Bender, Rankin & Brill L.L.P.**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234   Fax: (310) 229-1244**

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Yari Film Group Releasing, LLC
10850 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90024

David B. Golubchik
Levene, Neale, Bender, Rankin & Brill L.L.P.
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

10th Ave Hospitality Group, LLC
289 Tenth Ave.
New York, NY 10001

140 West 57th Street LLC
C/O Macklowe Management
767 Fifth Avenue 21st Floor
New York, NY 10153

2G Digital
10600 Virginia Avenue
Culver City, CA 90232

42 West
Att: Accounts Receivable
220 W. 42nd Street, 12th Floor
New York, NY 10036

Academy of Motion Picture Arts & Science
8949 Wilshire Blvd
Beverly Hills, CA 90211

Access Integrated Technologies, Inc.
P.O. Box 26606
New York, NY 10087-6606


Admiral Limousine Service
Accounting
1104 Princess Street
Alexandria, VA 22314


Advanced Digital Services, Inc.
948 N. Cahuenga Blvd.
Hollywood, CA 90038


AEX Convention Services
3089 English Creek Avenue
Egg Harbor Twp, NJ 08234-9709


Allied Advertising Limited Partnership
Allied Advertising, 11th Floor
545 Boylston Street
Boston, MA 02116


Alloy Access
14878 Collections Center Drive
Chicago, IL 60693


American Multi-Cinema, Inc.
13731 Collections Center Drive
Chicago, IL 60693


Arena Media Networks, LLC
404 Park Avenue So., 7th FL
New York, NY 10016

Austin Film Society
1901 East 51st Street
Austin, TX 78723


AV Squad
14724 Ventura Blvd.
suite 1005
Sherman Oaks, CA 91403


Baker, Winokur, Ryder
9100 Wilshire Blvd. 6th Fl West
Beverly Hills, CA 90212


Bazan Entertainment Marketing
330 West 38th Street., Suite 1005
New York, NY 10018


Bettelli, Gina
5218 Alcott Street
Dallas, TX 75206


Blazin Promos
Attn: Kris Anderson
11345 Porter Valley Drive
Northridge, CA 91326


Burger, Neil
4 Staple Street
New York, NY 10013


Camelot Cinemas
48 East Atrium Drive
Greenville, SC 29607

Camp Creek Cinema LLC
Movies ATL
9800 Medlock Bridge Rd., Ste 8
Duluth, GA 30097


Carmike Cinemas
P.O. Box 391
Columbus, GA 31904


Century Theatres, Inc.
3900 Dallas Parkway
Suite 500
Plano, TX 75093


Channel One
14878 Collections Center Drive
Chicago, IL 60693


Chapman, Dan
4174 Jackson Avenue
Culver City, CA 90232


Cinemark USA, Inc.
3900 Dallas Parkway
Suite 500
Plano, TX 75093


Cinevision Corporation
3300 N.E. Expressway, Bldg. 2A
Atlanta, GA 30341


Commercial Appeal, The
Attn: Editorial
495 Union Ave.
Memphis, TN 38103

Create Advertising Group, LLC
6022 Washington Blvd
Culver City, CA 90232

Creative Travel Planners
5855 Topanga Canyon Blvd.
Suite 220
Woodland Hills, CA 91367

Crew Creative Advertising
1157 N. Highland Ave
Los Angeles, CA 90038

DDA Public Relations Ltd.
192-198 Vauxhall Bridge Road
London
SW1V 1DX

Deep Focus Inc.
345 Hudson Street
5th floor
New York, NY 10014

Delancey Street Foundation
600 Embarcadero
San Francisco, CA 94107

Deluxe Labs
File 56479
Los Angeles, CA 90074-6479

DHL Express
PO Box 4723
Houston, TX 77210-4723

Dolby Laboratories, Inc.
Department 8879
Los Angeles, CA 90084-8879

DTS, Inc.
P.O. Box 92959
Los Angeles, CA 90009

Eclipse Advertising Inc
2225 North Ontario St.
Suite 230
Burbank, CA 91504

Efilm Digital Laboratories
1146 N. Las Palmas Ave
Hollywood, CA 90038

Encore Hollywood
6344 Fountain Ave
Hollywood, CA 90028

Endeavor Agency
9601 Wilshire Blvd. 3rd FL
Beverly Hills, CA 90210

EnDev Enterprises, LLC
fbo: The Witherby
404 14th Street
San Diego, CA 92101

Exclusive Artists Management, Inc.
7700 Sunset Blvd.
Los Angeles, CA 90046

Faction Creative, Inc.
8447 Wilshire Blvd. #102
Beverly Hills, CA 90211


Fat Dot
Fat Dot
87 Bedford St., Sutie #1
New York, NY 10014


Federal Express
a/c#349979365
PO Box 7221
Pasadena, CA 91109-7321


Ferrera, James
2508 Naples Ave., #12
Venice, CA 90291


Fotokem Film and Video
2801 W. Alameda Ave.
Burbank, CA 91505


Four Seasons Hotel
300 South Doheny Drive
Los Angeles, CA 90048


Fred Wehrenberg Circuit of Theatres
12800 Manchester Road
St. Louis, CA 63131


Gadget House
152 S. Sycamore Ave #402
Los Angeles, CA 90036

Getty Images
PO Box 953604
St. Louis, MO 63195-3604

Grace Hill Media
12211 Huston Street
Valley Village, CA 91607

Gupta, Prashant
932 Maltman Ave., #6
Los Angeles, CA 90026-2737

Halloway, Josh
282 West 4th Street, Apt 1
New York, NY 10014

Hammer Filmworks Inc.
6311 Romaine St. suite #7316
Hollywood, CA 90038-2617

Harkins Reel Deals, LLC
Harkins Theaters, Att: Accounting Dept
7511 E. McDonald Dr.
Scottsdale, AZ 85250

Harmony Gold USA, Inc.
7655 Sunset Blvd.
Los Angeles, CA 90046

Havas, Mai-Li
900 Euclid St. #304
Santa Monica, CA 90403

Hawaii Air Cargo
2989 Ualena St.
Honolulu, HI 96819


Herzog & Company, Inc.
4640 Lankershim Blvd.
Suite 400
North Hollywood, CA 91602


Horizon Media, Inc.
Lock Box# 10409, Horizon Midia Inc.
PO Box 10409
Newark, NJ 07193-0409


Illuminate / HTV, Inc.
3575 Cahuenga Blvd. West
4th Floor
Los Angeles, CA 90068


In Sync Advertising, Inc.
6135 Wilshire Bl
Los Angeles, CA 90048


In Sync Graphics, LLC
6135 Wilshire Bl
Los Angeles, CA 90048


Independent Marketing Edge
638 Ferguson Ave., Suite 3
Bozeman, MT 59718-6405


Insight Screening Room
30170 Grand River Ave
Farmington Hills, MI 48336

International Creative Management, Inc.
10250 Constellation Boulevard
7th floor
Los Angeles, CA 90067

International House of Publicity
853 Seventh Ave - Suite 3C
New York, NY 10019

Jeffrey B. Walker, Inc.
P.O. Box 46494
Los Angeles, CA 90046

Jeremy Walker & Associates, Inc.
30765 Pacific Coast Highway #149
Malibu, CA 90265

Keldof Productions
Attn: Kevin Seldon
8000 West 4th St.
Los Angeles, Ca 90048

Kristy, Julie
FBO Julie Kristy
9440 Santa Monica Bld, # 515
Beverly Hills, CA 90210

Landmark Theatres
Att: Accounts Receivable
2222 S. Barrington Ave
Los Angeles, CA 90064

Limo Link, Inc.
701 Tama St.
Bldg. A
Marion, IA 52302

Lionsgate
JP Morgan Chase Bank / Lockbox 29161
4 Chase Metrotech Ctr, 7th Floor East,
Brooklyn, NY 11245


Lisa Taback Consulting, Inc.
415 N. Camden Dr.
Suite 216
Beverly Hills, CA 90210


Los Angeles Sentinel, Inc.
3800 Crenshaw Boulevard
Los Angeles, CA 90008


Malco Theatres, Inc.
5851 Ridgeway Center Parkway
MEMPHIS, TN 38120


Malik, Ernie
1854 N. Nagle Ave.
Chicago, IL 60707


Malouf, Joey
207 8 Avenue
Apt. 2R
New York, NY 10011


Mann Theatres Inc.
900 East 80th Street
Bloomington, MN 55420


Mattingly, Tracey
1617 Cosmo Street, Loft 402
Los Angeles, CA 90028

Max-Q, Inc.
3211 Cahuenga Blvd
Suite 202
Hollywood, CA 90068

Midnite Express
P.O. Box 92836
Los Angeles, CA 90009

MMA
8422 Melrose Place
Los Angeles, CA 90069

Modern VideoFilm
4411 West Olive Ave
Burbank, CA 91505

Motion Picture Association of America In
15503 Ventura Blvd.
Encino, CA 91436-3140

Movie Grill Concepts III, Ltd.
Attn: Lynne McQuaker
15400 Knoll Trail Dr. #112
Dallas, TX 75248

MPRM, LLC
5670 Wilshire Blvd
Suite 2500
Los Angeles, CA 90036

National Amusements, Inc.
PO BOX 9126
Dedham, MA 02027-9126

National Association of Black Journalist
8701-A Adelphia Road
Adelphia, MD 20783-1716

National Cinemedia
5110 E. Nichols Avenue
Suite 200
Centennial, CO 80112-3405

NCC - National Cable Communications, LLC
400 Broadacres Drive
3rd Floor
Bloomfield, NJ 07003

New City Releasing, Inc.
20700 Ventura Blvd., Ste 350
Woodland Hills, CA 91364

New Wave Entertainment
3003 W. Olive Ave., Suite 302
Burbank, CA 91505

Nielsen NRG, Inc
P.O. Box 601112
Los Angeles, CA 90060-1112

Noble, Inc.
1040 1st Avenue, Suite 370
New York, NY 10022

NT Audio Video Film Labs
P.O. Box 1766
Santa Monica, CA 90406

Ocean Screening Room
1401 Ocean Ave., Ste 110
Santa Monica, CA 90401

Open Road Entertainment
9570 West Pico Blvd., Ste 200
Los Angeles, CA 90035

OTX Corporation
10567 Jefferson Blvd.
Culver City, CA 90232

Pacific Theatres Exhib. Corp.
120 N. Robertson Blvd.
Los Angeles, CA 90048

Pacific Title and Art Studio
6350 Santa Monica Boulevard
Hollywood, CA 90038

Palisades Media Group, Inc.
1620 26th St., Suite 2050 N
Santa Monica, CA 90404

Paramount Pictures Corp.
5555 Melrose Ave., Lubitsch 417
Hollywood, CA 90038

Parasec
PO Box 160568
Sacramento, CA 95816-0568

Phillips Place Cinema, LLC
7132 Regal Lane
Knoxville, TN 37918


Phoenix Theatres
30170 Grand River Ave
Farmington Hills, MI 48336


Post Logic
1800 North Vine Street
Hollywood, CA 90028


Post Modern Sound, Attn: Linda McAteer
1720 West 2nd Avenue
Vancouver, BC
V6J 1H6


Posterscope USA
Wachovia Bank/Posterscope
Lockbox 18795  P.O. Box 18795
Newark, NJ 07191-8795


Press, Terry
c/o Linda Lichter
9200 Sunset Boulevard, #1200
Los Angeles, CA 90069


Prevue Theatre
P.O. Box 30892
Seattle, WA 98113-0892


Pulse Media, Inc.
205 Arlington Street
Watertown, MA 02472-2046

Quality Sign & Marquee
5462 2nd Street
Irwindale, CA 91706

Rave Motion Pictures
Attn: Joyce Carrell
3333 Welborn St., Suite 100
Dallas, TX 75219

Reading International, Inc.
Angelika Film Center
189 Second Ave. Suite 2S
New York, NY 10003

Red Interactive Agency, Inc.
3420 Ocean Park Blvd.
Suite 3080
Santa Monica, CA 90405

Regal Entertainment Group, LLC
7132 Regal Lane
Knoxville, TN 37918

Regent Beverly Wilshire
9500 Wilshire Blvd.
Beverly Hills, CA 90212

Rentrak Corporation
7700 NE Ambassador Place
One Airport Center
Portland, OR 97220

Richroe, Inc
4910 Brewster Drive
Tarzana, CA 91356

Rodriquez, Jesus
Local 150
P.O. Box 5143
Culver City, CA 90231-5143

Saffer & Flint Accountancy Corporation
19528 Ventura Blvd.
Suite 362
Tarzana, CA 91356

Salt Lake Film Society
111 East Broadway, Suite 99
Salt Lake City, UT 84111-5237

Sandeman Craik
4864 Glencairn Road
Los Angeles, CA 90027-1135

Santa For Hire. Com
232 Via Eboli
Newport Beach, CA 92663

Santa Monica Video, Inc
1505 11th Street
Santa Monica, CA 90401

Santikos Palladium
606 Embassy Oaks
Suite 350
San Antonio, TX 78216

Screening Services Group
8670 Wilshire Blvd. #112
Beverly Hills, CA 90211

Secretary of State
1500 11th St.
PO Box 944230
Sacramento, CA 94244-2300


Securitas Security Service USA, Inc.
16136 Sherman Way Blvd.
Van Nuys, CA 91406


SEM Special Event Management
22704 Ventura Blvd., #409
Woodland Hills, CA 91364


Sheppard, Keith
654 Greenbrook Road
No Plainfield, NJ 07063


ShoWest
770 Broadway, Fifth Floor
New York, NY 10003-9595


Snyder, Jeffrey
11 Redbud Court
Potomac, MD 20854


Soap Creative
22 Mountain St.
Suite 406
Washington, DC 20007


Southland Display Company, Inc.
29125 Avenue Paine
Valencia, CA 91355

Special Ops Media LLC
235 Park Ave South, 5th FL
New York, NY 10003


Stampede Post Productions, Inc.
1135 N. Mansfield Ave 3rd Floor
Hollywood, CA 90038


Studio Transcription Services
P.O. Box 10213
Burbank, CA 91510


Sunset Screening Rooms
8730 Sunset Blvd.
Suite 150
West Hollywood, CA 90069


Super Color
979 N. La Brea Avenue
Los Angeles, CA 90038-2321


Super Photo Laboratory, Inc.
979 N. La Brea
Los Angeles, CA 90038


T.H.E. Artist Agency
1207 Potomac Street NW
Georgetown, DC 20007


Technicolor Digital Cinema
2255 North Ontario Street
Suite 100
Burbank, CA 91504

Technicolor Entertainment Services
Department 7660
Los Angeles, CA 90088-7660


Technicolor Film Services, Inc.
2255 North Ontario St.
#110
Burbank, CA 91504


Telepacific Communications
PO Box 526015
Sacramento, CA 95852-6015


Tenth & Parker L.P
2600 Tenth Street
Berkeley, CA 94710


Tequila/LA
5353 Grosvenor Boulevard
Los Angeles, CA 90066


The Ant Farm
110 S. Fairfax Avenue
Los Angeles, CA 90036


The Charles Aidikoff Screening Room
150 South Rodeo Drive
Suite 140
Beverly Hills, CA 90212


The Cimarron Group
FBO YFG/The Cimarron Group
Case# BC388447

The Directors Guild of America Boardroom
110 West 57th St.
New York, NY 10019


The Gary Group
2040 Broadway
Santa Monica, CA 90404


The Milton Agency
6715 Hollywood Blvd. #206
Los Angeles, CA 90028


The Power Summit
Attn: Lylette Pizarro, RPM
33 W. 19th Street, '4th Floor
New York, NY 10011


The Silver Metal House in Burbank
PO Box 10213
Burbank, CA 91510


The Wall Group Corp.
421 West 14th Street, 2nd FL
New York, NY 10014


Thomas, Fatima
1303 Meadow Circle
Atlanta, GA 30349


Timpy Inc.
915 S Holt Ave.
Los Angeles, CA 90035

Titra
733 Salem Street
Glendale, CA 91203


Tivoli Enterprises, Inc.
603 Rogers Street
Downers Grove, IL 60515-3773


Tom Keller Photography
1186 S. La Brea Ave
Los Angeles, CA 90019


Torres, German
P.O. Box 5143
Culver City, CA 90231-5143


TW CABLE AD SALES/LA
File 57532
Los Angeles, CA 90074-7532


Tyson, Khela
453 7th Avenue
# 1A
Brooklyn, NY 11215


Unlikely Films, Inc.
1420 Westerly Terrace
Los Angeles, CA 90026


Uptown Entertainment Inc.
2211 Woodward Ave.
4th Floor
Detroit, MI 48201

Variety Children's Charity of N. Calif.
The Preview Room
582 Market Street., Suite 101
San Francisco, CA 94104


Visionaire Group, The
4221 Redwood Avenue
Los Angeles, CA 90066


Vox & Associates, Inc.
16831 Oak View Drive
Encino, CA 91436


Walt Disney Pictures & Television
c/o Bank of America
File# 51082
Los Angeles, CA 90074


Walt Disney Studios Motion Pictures
350 South Buena Vista Street
Burbank, CA 91521


Warner Chappell Music, Inc.
10585 Santa Monica Blvd.
Los Angeles, CA 90025


Wehrenberg Theaters
12800 Manchester Rd
St. Louis, MO 63131


West Coast Display
23530 Silverhawk Place
Valencia, CA 91354

Widget Post
1041 North Formosa Ave.
West Hollywood, CA 90046

Will Rogers Motion Picture Pioneers Foun
Will Rogers Motion Picture Pioneers Fdtn
10045 Riverside Drive, 'Third Floor
Toluca Lake, CA 91602

Wolf Kasteler Public Relations LLC
335 N. Maple Dr. STE 351
Beverly Hills, CA 90210

WXRK-FM CBS Radio
PO Box 33082
Newark, NJ 07188-0082

Zap Entertainment Corp.
8322 Beverly Blvd., Suite 202
Los Angeles, CA 90048